UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEBBIE GHOUNEIM,

               Plaintiff,                                      **ORDER**

      -against-                                        20-CV-09303(AJN)(KNF)

SOCIAL SECURITY ADMINISTRATION ,

               Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the defendant shall, on or before December 1, 2020, file proof that the Notice of Removal from Civil Court of the City of New York to this court was served on the plaintiff, as required by 28 U.S.C. § 1446(d). The defendant is also directed to serve a copy of this order on the plaintiff and file proof of such service with the Clerk of Court.

Dated:  New York, New York          SO ORDERED:
           November 24, 2020

                                                      _____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE