UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBBIE GHOUNEIM,

                Plaintiff,                          **ORDER**

   -against-                      20-CV-09303(AJN)(KNF)

SOCIAL SECURITY ADMINISTRATION ,

                Defendant.
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the parties comply with the Standing Order in re

Motions for Judgment on the Pleadings that appears at Docket Entry No. 3 on the docket sheet

maintained for this action by the Clerk of Court.  The plaintiff is directed to advise the Clerk of

Court expeditiously, via the court's Pro Se Unit, which is located at 500 Pearl Street, New York,

New York 10007, of her contact information to ensure that all court communications are

provided to her.

Dated:  New York, New York          SO ORDERED:
       December 4, 2020

                             *Kevin Nathaniel Fox*
                           KEVIN NATHANIEL FOX
                           UNITED STATES MAGISTRATE JUDGE

Copy Mailed to:

Debbie Ghouneim