UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/21

Debbie Ghouneim,

        Plaintiff,

–v–

Commissioner of Social Security,

        Defendant.

20-cv-9303 (AJN) (KNF)

ORDER

ALISON J. NATHAN, District Judge:

This case was removed from the Civil Court of the City of New York, County of New York, on November 5, 2020. Dkt. No. 1. On December 4, 2020, Magistrate Judge Kevin Fox directed plaintiff to advise the Clerk of Court, via the Court's Pro Se Unit, of her contact information to ensure that all court communications are provided to her. Dkt. No. 10 (attached). To date, Plaintiff has not appeared and has not otherwise contacted the Court.

Plaintiff is hereby ORDERED to comply with Judge Fox's December 4, 2020 order by June 25, 2021. The parties are further ORDERED to confer and to respond to Dkt. Nos. 3 and 5 by July 23, 2021. Plaintiff is advised that failure to comply with this order may result in the case being dismissed for failure to prosecute.

The Defendant is ORDERED to serve this order on the Plaintiff and to file proof of service on the public docket by June 4, 2021.

SO ORDERED.

Dated: May 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBBIE GHOUNEIM,

               Plaintiff,                                    **ORDER**

      -against-                                        20-CV-09303(AJN)(KNF)

SOCIAL SECURITY ADMINISTRATION ,

               Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the parties comply with the Standing Order in re Motions for Judgment on the Pleadings that appears at Docket Entry No. 3 on the docket sheet maintained for this action by the Clerk of Court. The plaintiff is directed to advise the Clerk of Court expeditiously, via the court's Pro Se Unit, which is located at 500 Pearl Street, New York, New York 10007, of her contact information to ensure that all court communications are provided to her.

Dated:  New York, New York         SO ORDERED:
          December 4, 2020

                                                    /s/ Kevin Nathaniel Fox
                                               KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE

Copy Mailed to:

Debbie Ghouneim