UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/21
```

Debbie Ghouneim,

                Plaintiff,

–v–

Commissioner of Social Security,

                Defendant.

20-cv-9303 (AJN) (KNF)

ORDER

ALISON J. NATHAN, District Judge:

      On May 28, 2021, the Court ordered the Defendant to serve its order on Plaintiff and to file proof of service on the public docket by June 4, 2021. Dkt. No. 11. As of the date of this order, the Court has not received that proof of service. The Defendant is hereby ORDERED to comply with the Court's May 28, 2021 order by June 17, 2021.

      SO ORDERED.

Dated: June 10, 2021
       New York, New York

                                            ALISON J. NATHAN
                                        United States District Judge